## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. L-05-MJ-2645 |
| | § | |
| LUIS CONTRERAS, | § | |
| | § | |

## ORDER OF DETENTION PENDING TRIAL

A detention hearing in accordance with 18 U.S.C. §3142(f) has been held in this case. I find that the following facts are established by clear and convincing evidence and that they REQUIRE THE DETENTION of the defendant, LUIS CONTRERAS, pending trial in this case.

### FINDINGS OF FACT

1) The Defendant has a lengthy criminal history including arrests for assault and terroristic threats, as well as a conviction for narcotics trafficking from this court.

2) The Defendant is currently serving a term of supervised release from this Court.

3) The Defendant, through counsel, waived his right to the detention hearing.

### REASONS FOR DETENTION

The evidence adduced at the hearing establishes that no condition or combination of conditions will reasonably assure the safety of the community. The Defendants past criminal record, combined with the current charges, convince the court that detention is the least restrictive means which will adequately address the danger posed to the community by the Defendant. Therefore, pre-trial detention is warranted in this case.

### DIRECTIONS REGARDING DETENTION

The Defendant is committed to the custody of the United States Marshal for the Southern District of Texas, Laredo, Texas for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States

Marshal for the purpose of an appearance in connection with a court proceeding.

DONE at Laredo, Texas, this 16${}^{th}$ day of December, 2005.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE